# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAJA'EE FATIHAH, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHAD NEAL, d/b/a Save Yourself ) <br> Survival and Tactical Gun Range; and ) <br> NICOLE MAYHORN NEAL, d/b/a ) <br> Save Yourself Survival and Tactical ) <br> Gun Range, ) <br> ) <br>     Defendants. ) | Case No. 16-CV-058-JHP |

## ORDER AFFIRMING AND ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On May 22, 2017, the United States Magistrate Judge entered a "Findings and Recommendation" in regard to Plaintiff's Motion to Determine Sufficiency of Responses to Requests for Admission Nos. 1, 3-14 (Doc. No. 44). The Magistrate Judge recommended the Plaintiff's motion be granted but that the responses provided by Defendants be deemed sufficient. (Doc. No. 81). No party has filed any objection to the Magistrate Judge's Findings and Recommendation within the time prescribed by law. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b).

This Court finds the Findings and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Findings and Recommendation entered by the United States Magistrate Judge on May 22, 2017, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 13th day of June, 2017.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma