# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAJA'EE FATIHAH, <br><br> Plaintiff, <br><br> v. <br><br> CHAD NEAL (d.b.a. Save Yourself Survival and Tactical Gun Range) and NICOLE MAYHORN NEAL (d.b.a. Save Yourself Survival and Tactical Gun Range), <br><br> Defendants. | Case No. 6:16-cv-00058-RAW |

## STIPULATION OF DISMISSAL & ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Raja'ee Fatihah, by and through undersigned counsel, and Defendants Chad Neal and Nicole Mayhorn Neal, by and through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice. Each party shall be responsible for his or her own costs and attorneys' fees.

It is so stipulated,

/s/ *Heather L. Weaver*
Heather L. Weaver* - DC Bar # 495582
Daniel Mach* - DC Bar # 461652
American Civil Liberties Union Foundation
915 15th St., NW Ste. 600
Washington, DC 20005
(202) 675-2330, (202) 546-0738 (fax)
Email: hweaver@aclu.org
dmach@aclu.org

Jill Webb - OBA #21402
American Civil Liberties Union of Oklahoma
Foundation
P.O. Box 1626
Oklahoma City, OK 73101-1626
(405) 524-8511, (405) 525-2296 (fax)
Email: jwebb@acluok.org

Lindsay C. Harrison* - DC Bar # 977407
Jenner & Block LLP
1099 New York Ave NW
Suite 900
Washington, DC 20001
(202) 639-6865
Email: lharrison@jenner.com

Veronica Laizure - OBA #32040
Council on American Islamic Relations of Oklahoma
3000 United Founders Blvd., Suite 226
Oklahoma City, OK 73112
(405) 415-6815, (405) 526-0461 (fax)
Email: vLaizure@cair.com

Brady R. Henderson -  OBA#21212
Cream City Law, LLC
1123 N Water St, Suite 400
Milwaukee, WI 53202
(414) 563-7453
Email: brady@creamcity.law

*Admitted pro hac vice

*Attorneys for Plaintiff*

/s/ *Robert J. Muise*
Robert J. Muise, Esq.* (MI Bar No. P62849)
American Freedom Law Center
PO Box 131098
Ann Arbor, Michigan 48113
Tel: (734) 635-3756
Fax: (801) 760-3901
rmuise@americanfreedomlawcenter.org

David Yerushalmi, Esq.*
(Ariz. Bar No. 009616; DC Bar No. 978179;
Cal. Bar No. 132011; NY Bar No. 4632568)
1901 Pennsylvania Avenue NW, Suite 201
Washington, D.C. 20006
dyerushalmi@americanfreedomlawcenter.org
Tel: (646) 262-0500
Fax: (801) 760-3901

Scott B. Wood, Esq. (OBA 12536)
WOOD, PUHL & WOOD, P.L.L.C.
2409 E. Skelly Dr., Suite 200
Tulsa, Oklahoma 74105
Tel: (918) 742-‐-0808
Fax: (918) 742-‐-0812

*Admitted pro hac vice

*Attorneys for Defendants*

\* \* \*
## ORDER

Per the stipulation of the parties, this action is hereby dismissed with prejudice. Each party shall be responsible for his or her own costs and attorneys' fees.

So ORDERED.

                                                                   _____
                                                                   Honorable Ronald A. White
                                                                   United States District Judge

- 4 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 23, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the court's electronic filing system. Parties may access this filing through the court's system.

        /s/ *Heather L. Weaver*
        Heather L. Weaver